**LAW OFFICE OF ANTHONY CECUTTI**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

May 18, 2023

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 18, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Court Judge Southern
District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Shane et. al., S3 23 Cr. 52 (RA) –
Ronelle Anthony**

Dear Judge Abrams:

I represent Ronelle Anthony in the above-referenced matter, having recently been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on May 11, 2023.

On May 11, 2023, Mr. Anthony was presented before the Honorable Jennifer E. Willis. The parties agreed to the following conditions of release: a personal recognizance bond of $50,000 to be co-signed by two financially responsible persons; home detention with GPS monitoring; pretrial supervision; and other standard conditions of release. Mr. Anthony was released on his own signature and directed to contact Pretrial Services to schedule an in-person meeting. All conditions were to be satisfied by today, May 18, 2023.

Mr. Anthony contacted his Pretrial Services officer and is in communication with him. In addition, I have spoken with him regularly since his presentment. We have identified two potential co-signers and have forwarded their information to the Government for interviews. Accordingly, we respectfully request a one-week extension to satisfy Mr. Anthony's bail conditions. The Government does not object to this request.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti