LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

July 17, 2023

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 18, 2023

**Via ECF**
The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Street
New York, New York 10007

Re: *United States v. Shane, et al.*, 23 Cr. 52 (RA) – Ronelle Anthony

Dear Judge Abrams:

    As the Court is aware, we represent Mr. Ronelle Anthony in the above-referenced matter. We write on behalf of Mr. Anthony to respectfully request that the Court grant a modification to his bail conditions. Mr. Anthony was arraigned and released on bail on May 11, 2023. He has since been fully compliant with his bail conditions.

    Mr. Anthony respectfully requests permission to visit his sister at 1430 Plimpton Avenue, Bronx, New York for his nephew's birthday on Friday, July 21, 2023, from 10 A.M. to 11 P.M. This schedule would include travel time.

    Pretrial Services, pursuant to their policy, does not consent, given that this is a request to attend a "social" event. The Government defers to Pretrial's position. Thank you for your consideration of this request.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.
Kestine M. Thiele, Esq.