```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   1:23CR00052
    -against-                         :
                                      :   ORDER
                                      :
Ronelle Anthony                       :
                                      :
        Defendant                     :
                                      :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to include the condition of mental health evaluation/treatment as directed by Pretrial Services.

    Dated: New York, New York
          April 28, 2025

                              SO ORDERED:

                              _____
                              Honorable Ronnie Abrams
                              United States District Judge